UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

CASE NO.: CV 18-03595 SJO (FFMx)     DATE: July 27, 2018

TITLE: Joshua Gamez v. Ellison Systems, Inc. et al

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                 Not Present
Courtroom Clerk                             Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                 Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Joshua Gamez [ECF # 15]. Dismissal is with prejudice. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the NOTICE of Voluntary Dismissal.

All pending hearings are vacated and taken off this Court's calendar.